IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:16-CV-00257-F

| | |
|---|---|
| DINESH MAKADIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONTINENTAL WASTE MANAGEMENT LLC and UJAS PATEL, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is a motion to stay this litigation for a period not to exceed one year, up to and including, August 1, 2018. For good cause shown, the motion is GRANTED and the Court permits this litigation to be stayed for a period not to exceed one year, up to and including, August 1, 2018, in order to allow for the satisfaction of the payment obligations set forth in the Parties' settlement agreement. If the appropriate dismissal paperwork is not by then filed, good cause must be shown for continued maintenance of stay from and after August 1, 2018.

IT IS SO ORDERED.

This the 9th day of August, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

# 6213137_1.Docx